Active Care Med. Supply Corp. v Global Liberty Ins. (2021 NY Slip Op
50257(U))

[*1]

Active Care Med. Supply Corp. v Global Liberty Ins.

2021 NY Slip Op 50257(U) [71 Misc 3d 129(A)]

Decided on March 26, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 26, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-835 K C

Active Care Medical Supply Corp., as
Assignee of Jayasinghe, Shelton, Respondent, 
against
Global Liberty Insurance, Appellant. 

Law Office of Jason Tenenbaum, P.C. (Shaaker Bhuiyan of counsel), for appellant.
The Rybak Firm, PLLC (Oleg Rybak, Esq.), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), dated March 7, 2019. The order denied defendant's motion, pursuant to CPLR 4404,
to set aside a decision of the Civil Court made after a nonjury trial and for a new trial.

ORDERED that the order is reversed, with $30 costs, and defendant's motion, pursuant to
CPLR 4404, to set aside the decision of the Civil Court and for a new trial is granted.
In this action by a provider to recover assigned first-party no-fault benefits, a nonjury trial
was held which, pursuant to a prior order, was limited to the issue of "whether Worker[s']
Compensation is primary." After the trial, upon finding that defendant's certified transcript of an
examination under oath (EUO) of plaintiff's assignor was not admissible based on law of the
case, the court found in favor of plaintiff. Defendant moved, pursuant to CPLR 4404 (b), to set
aside the decision and for a new trial. Defendant appeals from an order of the Civil Court dated
March 7, 2019 denying its motion.
We find that the Civil Court should have considered the certified EUO transcript to
determine whether defendant had proffered "sufficient evidence to support its contention that
there was an issue as to whether plaintiff's assignor had been acting in the course of his
employment at the time of the accident and that, therefore, workers' compensation benefits might
be available" (Quality Health Prod., Inc.
v American Tr. Ins. Co., 65 Misc 3d 155[A], 2019 NY Slip Op 51950[U], *1 [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]).
Accordingly, the order is reversed and defendant's motion, pursuant to CPLR 4404, to set
aside the decision of the Civil Court and for a new trial is granted.
WESTON, J.P., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 26, 2021